AO 91 (Rev. 11/11) Criminal Complaint

**SEALED** UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States District Court
Southern District of Texas
FILED

JUL 0 1 2015

Clerk of Court

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. M-15-1067-M |
| Ana Maria MIRELES YOB:1977 COB: USA | ) ) ) ) ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ May 28, 2014 _____ in the county of _____ Starr _____ in the
_____ Southern _____ District of _____ Texas _____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC 846 | Subject did knowingly and willfully conspire with other persons for the purpose of distributing 297.4 kilograms / 655 pounds of marijuana a Schedule I controlled substance. |

This criminal complaint is based on these facts:

See Attachment "A"

☑ Continued on the attached sheet.

_____
*Complainant's signature*

J. Brandon Wargo, HSI Special Agent
_____
*Printed name and title*

Sworn to before me and signed in my presence.

Date: _____ 7/1/2015 _____

_____
*Judge's signature*

City and state: _____ McAllen, Texas _____

Dorina Ramos, United States Magistrate Judge
_____
*Printed name and title*

ATTACHMENT A

Before the United States Magistrate Judge, Southern District of Texas, I, J. Brandon Wargo, Special Agent, Homeland Security Investigations, being duly sworn, depose and say the following:

On February 20, 2015, HSI Special Agent Wargo and TFO Ibarra were conducting a follow up investigation into several loads of marijuana seized by HSI, HIDTA, and Border Patrol in the Fronton, Texas area. Based on the investigation, it was determined that Ana MIRELES was responsible for transporting numerous shipments of marijuana for the CISNEROS Drug Trafficking Organization based out of Fronton, Texas.

Investigators subsequently made contact with MIRELES who freely and voluntarily agreed to meet with them at the Roma, Texas Port of Entry. At the Port of Entry, MIRELES was provided her Miranda Warnings, which she voluntarily waived, by signing a written waiver of her rights and agreed to speak to investigators without her attorney present.

MIRELES stated she has moved approximately 50 loads of marijuana for Jaime CISNEROS over the past year.

In addition to working with the CISNEROS DTO, MIRELES claimed she was also involved in a scheme with her cousin Maggie MONTOYA and her boyfriend Gabi (or perhaps GABY) GALAN, in which MIRELES would register a Jeep under her name for the sole purpose of moving narcotics and illegal aliens from either the river or the McAllen. MIRELES stated GALAN offered her $1400 to register a Jeep Grand Cherokee under her name. MIRELES stated she agreed and proceeded to Dos Los Fronterra's Auto Sales in Roma, Texas where she signed the title for the vehicle. MIRELES stated she registered the vehicle for GALAN for the money, and would not only be compensated for the initial registration of the vehicle, but the subsequent use of it as well.

MIRELES then stated she was going to be paid $4000 for the initial registration; however, she was never paid anything.

MIRELES claimed that MONTOYA utilized the vehicle twice, that she knew of, and she was never compensated for its use, and they (MONTOYA and GALAN) were laughing at her (MIRELES) for using the truck to move loads of marijuana and aliens and not having to pay for it. MIRELES stated she was frustrated because they (MONTOYA and GALAN) were not upholding their end of the deal so she reported the

vehicle stolen to the Sheriff's Office. MIRELES claimed it was just a coincidence the vehicle was reported stolen two days after it was seized by HSI and the USBP with marijuana in it.

On May 28, 2014, United States Border Patrol Agents were conducting "lay in" operations in support of an ongoing HSI Falcon Dam, investigation, when they observed the aforementioned Jeep being loaded with 279.4 kilograms of marijuana, near Escobares, Texas.  The marijuana was seized by HSI Special Agent.

MIRELES did not provide a date for the purchase of the Jeep, but record checks indicate it was purchased on May 23, 2014, five days before it was seized by USBP.

In addition to the May 28, 2014 load of marijuana, HSI Special Agents also idenftied another load of marijuana, which occurred on October 23, 2013.  During this smuggling attempt MIRELES abandoned near the residence of CISNEROS, due to the fact she was being followed by Border Patrol Agents.  The marijuana recovered from that vehicle weighed a total of 324 kilograms.  On May 1, 2015, HSI SA Wargo and Gamez presented a photograph of the vehicle and marijuana to MIRELES. MIRELES signed the initialed and dated the photograph indicating it was the vehicle MIRELES previously told HSI SA Wargo about on February 20, 2015.